UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>EX. REL. PATTI SMITH, ET AL. | CIVIL ACTION |
| VERSUS | 22-70-SDD-SDJ |
| BOB DEAN, ET AL. | |

<u>ORDER</u>

The Relators having filed a *Relators' Notice of Dismissal* pursuant to Federal Rule of Civil Procedure 41(a)(1);[1]

**IT IS ORDERED** that the above-captioned and entitled action brought by Relators against Defendant, Bob Dean, et al., is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Signed in Baton Rouge, Louisiana, on <u>April 15, 2024</u>.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 14.